# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SUSAN L. KATZ,

               Respondent

        v.

JAMES R. KATZ,

               Petitioner

: No. 462 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.